# EXHIBIT 1

# Registration Certificates

# United States of America

## United States Patent and Trademark Office

# POPDARTS

**Reg. No. 6,497,588**

**Registered Sep. 28, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

PD Games, LLC  (PENNSYLVANIA LIMITED LIABILITY COMPANY)
236 Providence Hill Rd
Coatesville, PENNSYLVANIA 19320

CLASS 28: Party games

FIRST USE 5-8-2020; IN COMMERCE 10-29-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-293,771, FILED 11-02-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Registration #:** PAu004099362
**Service Request #:** 1-10841080932

## Mail Certificate

PD Games, LLC
Jason Carman
236 Providence Hill Rd
Coatesville, PA 19320 United States

**Priority:** Special Handling     **Application Date:** September 15, 2021

## Correspondent

| | |
|---|---|
| **Organization Name:** | PD Games, LLC |
| **Name:** | Jason Carman |
| **Email:** | jason@popdartsgame.com |
| **Address:** | 236 Providence Hill Rd |
| | Coatesville, PA 19320 United States |

**Registration Number**

# PAu 4-099-362

**Effective Date of Registration:**
September 15, 2021
**Registration Decision Date:**
September 16, 2021

## Title _____

Title of Work: PopDarts-Video-6 04.01.2021

## Completion/Publication _____

Year of Completion: 2021

## Author _____

- **Author:** PD Games, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

Copyright Claimant: PD Games, LLC
236 Providence Hill Rd, Coatesville, PA, 19320, United States

## Rights and Permissions _____

Organization Name: PD Games, LLC
Address: 236 Providence Hill Rd
Coatesville, PA 19320 United States

## Certification _____

Name: Jessica Delos Santos
Date: September 15, 2021

**Correspondence:** Yes

**Registration #:** PAu004099364
**Service Request #:** 1-10841039221

## Mail Certificate

PD Games, LLC
Jason Carman
236 Providence Hill Rd
Coatesville, PA 19320 United States

**Priority:** Special Handling      **Application Date:** September 15, 2021

## Correspondent

**Organization Name:** PD Games, LLC
**Name:** Jason Carman
**Email:** jason@popdartsgame.com
**Address:** 236 Providence Hill Rd
Coatesville, PA 19320 United States

**Registration Number**

# PAu 4-099-364

**Effective Date of Registration:**
September 15, 2021
**Registration Decision Date:**
September 16, 2021

## Title _____

        **Title of Work:**    PopDarts-Video-1 02.01.2021

## Completion/Publication _____

        **Year of Completion:**    2021

## Author _____

-     **Author:**    PD Games, LLC
        **Author Created:**    entire motion picture
    **Work made for hire:**    Yes
          **Citizen of:**    United States

## Copyright Claimant _____

    **Copyright Claimant:**    PD Games, LLC
        236 Providence Hill Rd, Coatesville, PA, 19320, United States

## Rights and Permissions _____

    **Organization Name:**    PD Games, LLC
        **Address:**    236 Providence Hill Rd
        Coatesville, PA 19320 United States

## Certification _____

        **Name:**    Jessica Delos Santos
        **Date:**    September 15, 2021

**Correspondence:**   Yes

**Registration #:** PAu004099609
**Service Request #:** 1-10841080577

## Mail Certificate

PD Games, LLC
Jason Carman
236 Providence Hill Rd
Coatesville, PA 19320 United States

**Priority:** Special Handling          **Application Date:** September 16, 2021

## Correspondent

**Organization Name:** PD Games, LLC
**Name:** Jason Carman
**Email:** elfcopyrighthelper@gmail.com
**Address:** 236 Providence Hill Rd
Coatesville, PA 19320 United States

**Registration Number**

# PAu 4-099-609

**Effective Date of Registration:**
September 16, 2021
**Registration Decision Date:**
September 17, 2021

## Title _____

**Title of Work:** PopDarts-Video-2 03.01.2021

## Completion/Publication _____

**Year of Completion:** 2021

## Author _____

- **Author:** PD Games, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** PD Games, LLC
236 Providence Hill Rd, Coatesville, PA, 19320, United States

## Rights and Permissions _____

**Organization Name:** PD Games, LLC
**Address:** 236 Providence Hill Rd
Coatesville, PA 19320 United States

## Certification _____

**Name:** Jessica Delos Santos
**Date:** September 16, 2021

**Registration #:** VA0002266901
**Service Request #:** 1-10841137631

## Mail Certificate

PD Games, LLC
Jason Carman
236 Providence Hill Rd
Coatesville, PA 19320 United States

**Priority:** Special Handling          **Application Date:** September 15, 2021

## Correspondent

**Organization Name:** PD Games, LLC
**Name:** Jason Carman
**Email:** elfcopyrighthelper@gmail.com
**Address:** 236 Providence Hill Rd
Coatesville, PA 19320 United States

**Registration Number**

# VA 2-266-901

**Effective Date of Registration:**
September 15, 2021
**Registration Decision Date:**
September 16, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 01, 2021 to July 01, 2021

## Title _____

**Title of Group:** PopDarts Product Pictures 2021
**Number of Photographs in Group:** 14

- **Individual Photographs:** PopDarts-1 02.01.2021,
  PopDarts-12 02.01.2021
  **Published:** February 2021

- **Individual Photographs:** PopDarts-3 03.01.2021,
  PopDarts-4 03.01.2021,
  PopDarts-8 03.01.2021
  **Published:** March 2021

- **Individual Photographs:** PopDarts-5 04.01.2021,
  PopDarts-9 04.01.2021,
  PopDarts-10 04.01.2021
  **Published:** April 2021

- **Individual Photographs:** PopDarts-14 05.01.2021,
  PopDarts-15 05.01.2021,
  PopDarts-16 05.01.2021
  **Published:** May 2021

- **Individual Photographs:** PopDarts-6 07.01.2021,
  PopDarts-7 07.01.2021,
  PopDarts-13 07.01.2021
  **Published:** July 2021

## Completion/Publication _____

**Year of Completion:** 2021
**Earliest Publication Date in Group:** February 01, 2021
**Latest Publication Date in Group:** July 01, 2021
**Nation of First Publication:** United States

## Author

| | |
|---|---|
| • **Author:** | PD Games, LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

**Copyright Claimant:** PD Games, LLC
236 Providence Hill Rd, Coatesville, PA, 19320, United States

## Rights and Permissions

**Organization Name:** PD Games, LLC
**Address:** 236 Providence Hill Rd
Coatesville, PA 19320 United States

## Certification

**Name:** Jessica Delos Santos
**Date:** September 15, 2021

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VA0002267156
**Service Request #:** 1-10844364531

## Mail Certificate

PD Games, LLC
Jason Carman
236 Providence Hill Rd
Coatesville, PA 19320 United States

**Priority:** Special Handling          **Application Date:** September 16, 2021

## Correspondent

**Organization Name:** PD Games, LLC
**Name:** Jason Carman
**Email:** elfcopyrighthelper@gmail.com
**Address:** 236 Providence Hill Rd
Coatesville, PA 19320 United States

**Registration Number**

# VA 2-267-156

**Effective Date of Registration:**
September 16, 2021
**Registration Decision Date:**
September 17, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** October 01, 2020 to October 01, 2020

## Title _____

| | |
|---|---|
| **Title of Group:** | PopDarts Product Pictures 2020 |
| **Number of Photographs in Group:** | 2 |
| • **Individual Photographs:** | PopDarts-2 10.01.2020, PopDarts-11 10.01.2020 |
| **Published:** | October 2020 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | October 01, 2020 |
| **Latest Publication Date in Group:** | October 01, 2020 |
| **Nation of First Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | PD Games, LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | PD Games, LLC 236 Providence Hill Rd, Coatesville, PA, 19320, United States |

## Rights and Permissions _____

|                    |                                    |
|-------------------:|------------------------------------|
| **Organization Name:** | PD Games, LLC                  |
| **Address:**       | 236 Providence Hill Rd             |
|                    | Coatesville, PA 19320 United States |

## Certification

|         |                      |
|--------:|----------------------|
| **Name:** | Jessica Delos Santos |
| **Date**: | September 16, 2021   |

---

**Copyright Office notes:**

Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

## **Pop Darts Copyrights Summary**

| Image | Filename | Registration # |
|---|---|---|
|  | PopDarts-1 02.01.2021.PNG | VA0002266901 |
|  | PopDarts-2 10.01.2020.PNG | VA0002267156 |
|  | PopDarts-3 03.01.2021.PNG | VA0002266901 |

|  | PopDarts-4 03.01.2021.PNG | VA0002266901 |
|  | PopDarts-5 04.01.2021.PNG | VA0002266901 |
|  | PopDarts-6 07.01.2021.PNG | VA0002266901 |

| | | |
|---|---|---|
|  | PopDarts-7 07.01.2021.PNG | VA0002266901 |
|  | PopDarts-8 03.01.2021.PNG | VA0002266901 |
|  | PopDarts-9 04.01.2021.PNG | VA0002266901 |
|  | PopDarts-10 04.01.2021.PNG | VA0002266901 |

|  | PopDarts-11 10.01.2020.PNG | VA0002267156 |
|  | PopDarts-12 02.01.2021.PNG | VA0002266901 |
|  | PopDarts-13 07.01.2021.PNG | VA0002266901 |

|  | PopDarts-14 05.01.2021.PNG | VA0002266901 |
|  | PopDarts-15 05.01.2021.PNG | VA0002266901 |
|  | PopDarts-16 05.01.2021.PNG | VA0002266901 |

| | | |
|---|---|---|
| <br><br>( Video Link)https://drive.google.com/drive/u/0/folders/1TUABbWyrhR1D8gNa5ODk726fmI1U0aid | PopDarts-Video-1 02.01.2021.mp4 | PAu004099364 |
| <br><br>https://drive.google.com/drive/u/0/folders/1o9-wV1gLLNB6D03HPJbGGn8mjt86O6wh | PopDarts-Video-2 03.01.2021.mp4 | PAu004099609 |

| | | |
|---|---|---|
| | | |
| <br><br>https://drive.google.com/drive/u/0/folders/1TYYryJK3i_H7hY_zk5eBxZ0XZfi_k1Sf | PopDarts-Video-6<br>04.01.2021.mp4 | PAu004099362 |