UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Zu, LLC

                Plaintiff,

v.

Case No.: 1:23−cv−05158

Honorable Sara L. Ellis

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 30, 2023:

      MINUTE entry before the Honorable Sara L. Ellis:The Court grants Plaintiff's motions for leave to file an amended Schedule A [34] and for entry of default and default judgment [40]. The Court enters judgment in favor of Plaintiff and against Defendants identified on the amended Schedule A. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.