**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION**

| | |
|---|---|
| ZULAY, LLC, | |
| Plaintiff, | |
| v. | No. 23-cv-05158 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Sara L. Ellis<br>Magistrate Judge Young B. Kim |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Zulay, LLC ("Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction, Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, the notice being reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections;

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering has expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted; and

1

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks and copyrights ("Plaintiff's Intellectual Property") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Intellectual Property. *See* Docket No. 7-4 to 7-14, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of Plaintiff's Intellectual Property.

Plaintiff's Intellectual Property is set forth below.

| REGISTRATION NUMBER | DESCRIPTION | INTELLECTUAL PROPERTY TYPE |
|---|---|---|
| 5,265,027 | ZULAY <br><br> **IC 21.** Lemon squeezers; Citrus squeezers. | Trademark |
| 6,923,256 | ZULAY <br><br> **IC 7.** Electric mixers for household purposes; Electric whisks for household purposes; Electric food blenders; Electric food blenders for household purposes; Electric hand-held mixers for household purposes; Electric kitchen mixers; Grating machines for vegetables; Whisks, electric, for household purposes; Electric milk frothers. | Trademark |
| 6,923,257 | ZULAY <br><br> **IC 21.** Beverageware; Bowls; Carafes; Chopsticks; Dishcloths; Lunchboxes; Plates; Ramekins; Barbecue tongs; | Trademark |

| | | |
|---|---|---|
| | Basting spoons; Bench scrapers; Beverage glassware; Bottle stoppers specially adapted for use with wine bottles; Bulb basters; Cake servers; Carving boards; Cheese board and knife set; Cheese graters; Citrus squeezers; Cleaning cloths; Cleaning rags; Cocktail shakers; Coffee mugs; Coffee pots not of precious metal; Coffee services not of precious metal; Containers for household or kitchen use; Containers for household or kitchen use of precious metal; Cooking skewers; Cooking utensils, namely, wire baskets; Cookware, namely, cast iron pans; Countertop holders for paper towels; Creamer pitchers; Crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; Cutting boards; Dinnerware, namely, plates, cups and saucers; Dish drying racks; Double wall cups with lids; Drinking cups sold with lids therefor; Drinking glasses, namely, tumblers; Earthenware basins in the nature of bowls; Electric wine openers; Empty spray bottles; Frying pans; Garlic presses; Grill scrapers; Hand-operated coffee grinders; Household utensils, namely, spatulas; Household utensils, namely, rolling pins, spatulas, turners, nonelectric whisks; Ice cube trays; Insulating sleeve holders for beverage cans; Jars for cooking grease sold empty; Kitchen containers; Kitchen utensils, namely, splatter screens; Knife rests; Laundry hampers for domestic or household use; Laundry sorters for household use; Lemon squeezers; Lunch bags not of paper; Lunch boxes; Lunch boxes made of plastic; Metal cooking pans; Mixing bowls; Non-electric coffee makers; Non-electric coffee percolators; Non-electric French presses; Non-electric fruit squeezers; Non-electric juicers; Non-electric kettles; Non-electric milk frothers; Pizza peels; Popcorn poppers for use in microwave ovens; Potato ricers; Reamers for fruit juice; Reusable plastic water bottles sold empty; Rolling pins; Rotary cheese graters; Salad bowls; Serving scoops for ice cream; Tea pots not of precious metal; Thermal insulated bags for food or beverages; Thermal insulated containers for food or beverages; Wooden cooking spoons; Glass beverageware; Glass carafes; Non-electric wine openers; Non-electric rotary cheese graters | |
| 5,506,975 | ZULAY KITCHEN<br><br>**IC 21.** Cheese graters; Cutting boards; Cutting boards for the kitchen; Knife blocks; Knife boards; Citrus squeezers; Cleaning brushes for barbecue grills; Holder for cutting board; Lemon squeezers; Non-electric fruit squeezers; Stovetop popcorn poppers | Trademark |
| 6,923,253 | ZULAY KITCHEN<br><br>**IC 7.** Electric mixers for household purposes; Electric whisks for household purposes; Electric food blenders; Electric food blenders for household purposes; Electric hand-held mixers for household purposes; Electric kitchen mixers; Grating machines for vegetables; Whisks, electric, for household purposes; Electric milk frothers | Trademark |
| 6,923,255 | ZULAY KITCHEN | Trademark |

| | | |
|---|---|---|
| | IC 21. Beverageware; Bowls; Carafes; Chopsticks; Dishcloths; Lunchboxes; Plates; Ramekins; Barbecue tongs; Basting spoons; Bench scrapers; Beverage glassware; Bottle stoppers specially adapted for use with wine bottles; Bulb basters; Cake servers; Carving boards; Cheese board and knife set; Cheese graters; Citrus squeezers; Cleaning cloths; Cleaning rags; Cocktail shakers; Coffee mugs; Coffee pots not of precious metal; Coffee services not of precious metal; Containers for household or kitchen use; Containers for household or kitchen use of precious metal; Cooking skewers; Cooking utensils, namely, wire baskets; Cookware, namely, cast iron pans; Countertop holders for paper towels; Creamer pitchers; Crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; Cutting boards; Dinnerware, namely, plates, cups and saucers; Dish drying racks; Double wall cups with lids; Drinking cups sold with lids therefor; Drinking glasses, namely, tumblers; Earthenware basins in the nature of bowls; Electric wine openers; Empty spray bottles; Frying pans; Garlic presses; Grill scrapers; Hand-operated coffee grinders; Household utensils, namely, spatulas; Household utensils, namely, rolling pins, spatulas, turners, nonelectric whisks; Ice cube trays; Insulating sleeve holders for beverage cans; Jars for cooking grease sold empty; Kitchen containers; Kitchen utensils, namely, splatter screens; Knife rests; Laundry hampers for domestic or household use; Laundry sorters for household use; Lemon squeezers; Lunch bags not of paper; Lunch boxes; Lunch boxes made of plastic; Metal cooking pans; Mixing bowls; Non-electric coffee makers; Non-electric coffee percolators; Non-electric French presses; Non-electric fruit squeezers; Non-electric juicers; Non-electric kettles; Non-electric milk frothers; Pizza peels; Popcorn poppers for use in microwave ovens; Potato ricers; Reamers for fruit juice; Reusable plastic water bottles sold empty; Rolling pins; Rotary cheese graters; Salad bowls; Serving scoops for ice cream; Tea pots not of precious metal; Thermal insulated bags for food or beverages; Thermal insulated containers for food or beverages; Wooden cooking spoons; Glass beverageware; Glass carafes; Non-electric wine openers; Non-electric rotary cheese graters | |
| 5,976,176 | MILK BOSS<br><br>IC 7. Electric milk frothers | Trademark |
| VA 2-302-139 | Registration for published photos. | Copyright |
| VA 2-302-356 | Registration for published photos. | Copyright |
| VA 2-302-148 | Registration for published photos. | Copyright |
| VA 2-348-373 | Registration for published photos. | Copyright |
| VA 2-347-375 | Registration for published photos. | Copyright |
| VA 2-349-556 | Registration for published photos. | Copyright |
| VA 2-348-616 | Registration for published photos. | Copyright |
| VA 2-347-327 | Registration for published photos. | Copyright |

| VA 2-349-693 | Registration for published photos. | Copyright |
|---|---|---|
| TXu 2-318-690 | Registration for published text. | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*), copyright infringement (17 U.S.C. § 501(a)), and civil conspiracy.

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Plaintiff's Intellectual Property or any reproductions, infringing copies, or colorable imitations in any manner in connection with the manufacturing, distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Intellectual Property;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and/or which may bear any of Plaintiff's trademarks or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

a. transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively "AliExpress"), Amazon.com, Inc. ("Amazon"), DHgate.com

("DHgate"), eBay, Inc. ("eBay"), Joom, Shopify, Inc. ("Shopify"), Walmart.com USA, LLC ("Walmart"), ContextLogic Inc. d/b/a Wish.com (Wish), Joybuy, Joybuy Express, Joybuy Fashion, and Temu, LLC ("Temu"), (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Plaintiff's Intellectual Property; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's Intellectual Property, or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property.

4.   Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 3 shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using Plaintiff's Intellectual Property.

5.   Pursuant to 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000.00 for willful use of counterfeit Plaintiff's Trademark and Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant

only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, as defined in Paragraph 4, as well as payment processors including Stripe, Inc., Payoneer Global Inc. and PayPal, Inc., Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), LianLian Payment Corporation, and Amazon Pay (collectively, "Payment Processors"), shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 5 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers and Payment Processors as defined in Paragraph 3 and 4, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers and Payment Processors are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental

proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

10.    To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

Dated:  October 30, 2023

_____
SARA L. ELLIS
United States District Judge

## SCHEDULE A
## To Default Judgment Order

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Guangzhou Tianye Silicone Rubber Technology Co., Ltd. | 52silicone | https://52silicone.en.alibaba.com |
| 2 | Yiwu Zhuojia Daily Commodity Co., Ltd. | aimanwu | https://aimanwu.en.alibaba.com |
| 3 | Changsha Baisente Technology Co., Ltd. | baisente | https://baisente.en.alibaba.com |
| 4 | Yiwu Bestway Commodity Co., Ltd. | bestway1688 | https://bestway1688.en.alibaba.com |
| 5 | Ningbo Bowin Trading Limited | bowinchina | https://bowinchina.en.alibaba.com |
| 6 | Ningbo BRT Imp. & Exp. Co., Ltd. | brtbrush | https://brtbrush.en.alibaba.com |
| 7 | Chengdu Ruisijie Intelligent Technology Co., Ltd. | cdricj | https://cdricj.en.alibaba.com |
| 9 | Ningbo Homewin Houseware Co., Ltd. | cnhomewin | https://cnhomewin.en.alibaba.com |
| 10 | Jinhua Niceway Houseware Co., Ltd. | cnnsw | https://cnnsw.en.alibaba.com |
| 11 | Shenzhen Hanchuan Industrial Co., Ltd. | cszhc | https://cszhc.en.alibaba.com |
| 12 | Dongguan Changyue Industrial Co., Ltd. | cyprotection | https://cyprotection.en.alibaba.com |
| 13 | Changzhou Xunke Commercial Equipment Co., Ltd. | czxunke | https://czxunke.en.alibaba.com |
| 14 | Dongguan Cycle Tree Industrial Co., Ltd. | dgcycletree | https://dgcycletree.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 15 | Dongguan Kangkai Industrial Co., Ltd. | dgkkm | https://dgkkm.en.alibaba.com |
| 16 | Dongguan Super Electric Technology Co., Ltd. | dgsuperbt | https://dgsuperbt.en.alibaba.com |
| 17 | Guangzhou Zhenshan Trading Co., Ltd. | domonichome | https://domonichome.en.alibaba.com |
| 18 | Shenzhen Dawetop Technology Co., Ltd. | double-wetop | https://double-wetop.en.alibaba.com |
| 19 | Everich Commerce Group Limited | everich6 | https://everich6.en.alibaba.com |
| 20 | Jinhua Fayan Import & Export Co., Ltd. | fyhouseware | https://fyhouseware.en.alibaba.com |
| 21 | Dongguan Shuangxin Industry Co., Ltd. | gdsx2018 | https://gdsx2018.en.alibaba.com |
| 22 | Guangdong Wintime Industrial Limited | gdwintime | https://gdwintime.en.alibaba.com |
| 23 | Guangzhou Lisida Household Goods CO., LTD | gzleestars | https://gzleestars.en.alibaba.com |
| 24 | Yichang Heartkey International Trade Co., Ltd. | heartkey | https://heartkey.en.alibaba.com |
| 25 | Henan Wetop Industrial Co., Ltd. | hnwetop | https://hnwetop.en.alibaba.com |
| 26 | Huizhou Yuming Industrial Co., Ltd. | hz-yuming | https://hz-yuming.en.alibaba.com |
| 27 | Jiaxing Qubao Intelligent Technology Co., Ltd. | icekipper | https://icekipper.en.alibaba.com |
| 28 | Jeneey International Trade Co., Ltd. | jeneey | https://jeneey.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 29 | JIANGMEN ORANGE HOUSEHOLD CO.,LTD | jmorz | https://jmorz.en.alibaba.com |
| 30 | Hubei Jintongxing Education Technology Co., Ltd. | jtxedu | https://jtxedu.en.alibaba.com |
| 31 | Shenzhen Juzexin Electronic Technology Co., Ltd. | juzexin668 | https://juzexin668.en.alibaba.com |
| 32 | Hangzhou Gold King Materials Co., Ltd. | kkspos2 | https://kkspos2.en.alibaba.com |
| 33 | Zhejiang Maibo Industrial Co., Ltd. | maibocn | https://maibocn.en.alibaba.com |
| 34 | Yifang Technology (fs) Ltd. | mofitos | https://mofitos.en.alibaba.com |
| 35 | Guangdong Nicebuy Industrial Co., Ltd. | nicebuy | https://nicebuy.en.alibaba.com |
| 36 | Nanjing Vision Environmental Protection Technology Co., Ltd. | njvision | https://njvision.en.alibaba.com |
| 37 | Market Union Co., Ltd. | onlinesupplier | https://onlinesupplier.en.alibaba.com |
| 38 | Perfect Housewares Industrial Co., Ltd. | phw168 | https://phw168.en.alibaba.com |
| 39 | Dongguan Running Industrial Co., Ltd. | runningdg | https://runningdg.en.alibaba.com |
| 40 | Sichuan Chengweida International Trade Group Co., Ltd. | sccwd | https://sccwd.en.alibaba.com |
| 41 | Chengweida Group (Chengdu) Technology Co., Ltd. | sccwdkj | https://sccwdkj.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 42 | Zhejiang Seecin Housewares CORP | seecin01 | https://seecin01.en.alibaba.com |
| 43 | Shanghai Zhanxing Electronic Commerce Co., Ltd. | shanghaizhanxing2021 | https://shanghaizhanxing2021.en.alibaba.com |
| 44 | Shenzhen Sinowin Wine Accessories Co., Ltd. | sinowinsz | https://sinowinsz.en.alibaba.com |
| 45 | Suzhou Yaogang Electronic Material Co., Ltd. | szyaogang | https://szyaogang.en.alibaba.com |
| 46 | Hefei Vanshion Trading Co., Ltd. | vanshion | https://vanshion.en.alibaba.com |
| 47 | Yangjiang Shenghong Industry And Trade Co., Ltd. | vicky2020 | https://vicky2020.en.alibaba.com |
| 48 | HTX MIEN VIET CUONG | vn29018460319mrso | https://vn29018460319mrso.en.alibaba.com |
| 49 | Yangjiang Xiangsen Industry And Trade Co., Ltd. | vossen-cn | https://vossen-cn.en.alibaba.com |
| 50 | Jiangmen OuHuiTe Hardware Products Co., Ltd | wanhuimanufacturing | https://wanhuimanufacturing.en.alibaba.com |
| 51 | Yangjiang Aivy Industry & Trade Co., Ltd. | yangjiangaivy | https://yangjiangaivy.en.alibaba.com |
| 52 | Yangjiang Yinhao Houseware Co., Ltd. | yinhaohouseware | https://yinhaohouseware.en.alibaba.com |
| 53 | Yang Jiang Victory Kitchenware Products Co., Ltd. | yjhte | https://yjhte.en.alibaba.com |
| 54 | Yangjiang Jiangcheng Changwei Kitchen Co., Ltd. | yjweichang | https://yjweichang.en.alibaba.com |
| 55 | Yangjiang Yingyang Industry And Trade Co., Ltd. | yjyingyang | https://yjyingyang.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 56 | Jieyang Yijia Youpin Trading Co., Ltd. | yjyp | https://yjyp.en.alibaba.com |
| 57 | Yongkang Huaheng Industry And Trade Co., Ltd. | ykhuaxin | https://ykhuaxin.en.alibaba.com |
| 58 | Dongguan Yosh home products Co.Ltd | yoshhome | https://yoshhome.en.alibaba.com |
| 59 | Yiwu Young Kitchen Technology Co., Ltd. | youngkitchen | https://youngkitchen.en.alibaba.com |
| 60 | Yiwu Fengqing Toy Co., Ltd. | ywfqzm | https://ywfqzm.en.alibaba.com |
| 61 | Yiwu Jin'ai Commodity Firm | ywjinai | https://ywjinai.en.alibaba.com |
| 62 | Yiwu Lingben Plastic Products Co., Ltd. | ywlbsl | https://ywlbsl.en.alibaba.com |
| 63 | Yiwu Qianbai Plastic Industry Co., Ltd. | ywqianbai | https://ywqianbai.en.alibaba.com |
| 64 | Yiwu Tianjin E-Commerce Firm | ywtianjin | https://ywtianjin.en.alibaba.com |
| 66 | Wuyi Chenyuan Metal Product Co., Ltd. | zjchenyuan | https://zjchenyuan.en.alibaba.com |
| 67 | Zhangjiagang City Tianlun Import & Export Trade Co., Ltd. | zjgtianlun | https://zjgtianlun.en.alibaba.com |
| 68 | Shenzhen Zhongyuan Technology Co., Limited | zywaowei | https://zywaowei.en.alibaba.com |
| 70 | Ermakova Official Store | 1101250822 | https://www.aliexpress.com/store/1101250822 |
| 71 | Dropship USA Store | 1101307385 | https://www.aliexpress.com/store/1101307385 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 72 | CYAN PEAK Official Store | 1101308470 | https://www.aliexpress.com/store/1101308470 |
| 73 | Our Market Store | 1101349303 | https://www.aliexpress.com/store/1101349303 |
| 74 | Shop5797716 Store | 1101391541 | https://www.aliexpress.com/store/1101391541 |
| 75 | Warm Life Fun Store | 1101396816 | https://www.aliexpress.com/store/1101396816 |
| 76 | Shop5892390 Store | 1101397955 | https://www.aliexpress.com/store/1101397955 |
| 77 | TaoBedy Store | 1101519052 | https://www.aliexpress.com/store/1101519052 |
| 78 | TUNAN HOME Store | 1101568551 | https://www.aliexpress.com/store/1101568551 |
| 79 | Shop912252364 Store | 1101811530 | https://www.aliexpress.com/store/1101811530 |
| 80 | Amebrond HomeKitchen Store | 1101829743 | https://www.aliexpress.com/store/1101829743 |
| 81 | Old Eazin's Store | 1101902907 | https://www.aliexpress.com/store/1101902907 |
| 82 | love my life Store | 1102004718 | https://www.aliexpress.com/store/1102004718 |
| 83 | GZADXW Store | 1102019965 | https://www.aliexpress.com/store/1102019965 |
| 84 | ZRQF Kitchen Supplies Official Store | 1102057798 | https://www.aliexpress.com/store/1102057798 |
| 85 | Benjoie Store | 1102114496 | https://www.aliexpress.com/store/1102114496 |
| 86 | Loyal Kitchen Housekeeper Store | 1102122055 | https://www.aliexpress.com/store/1102122055 |
| 87 | Fine Kitchen Mini-bar Supplies Store | 1102179473 | https://www.aliexpress.com/store/1102179473 |
| 88 | Oversea Dropshipping Store | 1102317422 | https://www.aliexpress.com/store/1102317422 |
| 89 | Shop1102401026 Store | 1102375938 | https://www.aliexpress.com/store/1102375938 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 90 | Rainbow Global Household Dropshipping Store | 1102438718 | https://www.aliexpress.com/store/1102438718 |
| 91 | Dropshipping Global Store | 1102469224 | https://www.aliexpress.com/store/1102469224 |
| 92 | Shop1102515374 Store | 1102513403 | https://www.aliexpress.com/store/1102513403 |
| 93 | Factory Outlets CBJ Store | 1102517976 | https://www.aliexpress.com/store/1102517976 |
| 94 | Enjoy Your Life-H Store | 1102628205 | https://www.aliexpress.com/store/1102628205 |
| 95 | CHOICE HOME APPLICANCE Store | 1102651590 | https://www.aliexpress.com/store/1102651590 |
| 96 | Shop1102700000 Store | 1102703015 | https://www.aliexpress.com/store/1102703015 |
| 97 | tianningquhongmeiqu beibaihuojingyingb | A101Z66P6FE0X6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A101Z66P6FE0X6 |
| 98 | wSelio 🚀10-15 Days delivery | A10A15D9JGUF1V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10A15D9JGUF1V |
| 99 | ULemeili(7-15 Days Delivery) | A10BOTLH0MN7OS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10BOTLH0MN7OS |
| 100 | Mrjawovin | A10CGFFC30MEH8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10CGFFC30MEH8 |
| 103 | Fengchuangguoji | A1345M97OD5IOY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1345M97OD5IOY |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 104 | ningchengxianjingwendianzishangwushanghang | A138G5T0ZN6A9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A138G5T0ZN6A9 |
| 105 | Fu Wen | A138RVXCS122CG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A138RVXCS122CG |
| 106 | Tomsi | A16EX6SBDWN526 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16EX6SBDWN526 |
| 107 | AODIY | A170W7RLS47PLQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A170W7RLS47PLQ |
| 108 | gifts for women✿✿ldgr✿✿ | A17QL82O2UQ54B | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17QL82O2UQ54B |
| 111 | ACOWRDMART | A1B7AJ5R9YRYBX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1B7AJ5R9YRYBX |
| 112 | ZHENGYIFAN | A1EBTR401Y10D4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EBTR401Y10D4 |
| 114 | AVND USA Delivery Within 7-10 Days | A1H1CQ6V4YCGSP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H1CQ6V4YCGSP |
| 115 | Best things 21 | A1H7DVIHSO10V4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H7DVIHSO10V4 |
| 118 | XieYanSheng | A1HZBT7LVIFSOD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1HZBT7LVIFSOD |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 119 | lejiangwang | A1LVZTZFYC1481 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LVZTZFYC1481 |
| 120 | yingjie Store | A1MVM7FDLZLEWO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1MVM7FDLZLEWO |
| 122 | W come ture | A1PI9HCRFXA0EA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PI9HCRFXA0EA |
| 124 | plawiss | A1YVMQDU87KPJF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YVMQDU87KPJF |
| 127 | ningchengxianmojiabaihuoxiaoshoubu | A20VC4L6Z3WN89 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A20VC4L6Z3WN89 |
| 128 | Flsofot | A259TOA5XNUR7N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A259TOA5XNUR7N |
| 129 | Sakura no Ki no Shita | A27POUIRGNPGNX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27POUIRGNPGNX |
| 130 | Dongwei Shop | A2A66OGP9BQYQN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2A66OGP9BQYQN |
| 131 | ZBJMQ | A2ASRU0FDXLEL3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ASRU0FDXLEL3 |
| 132 | 1yaguan | A2B07QUNX58H20 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2B07QUNX58H20 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 136 | Hai Jia Store | A2F5TA2I7M62LG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2F5TA2I7M62LG |
| 138 | LangZhongJinChuKou | A2G8NI5EGUHX2Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2G8NI5EGUHX2Q |
| 139 | Royal Electric Appliance | A2GJ37WX8VW3V7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GJ37WX8VW3V7 |
| 140 | Falconfree | A2I8P949567YFN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2I8P949567YFN |
| 142 | FLRX-US | A2L2NYHKJAUJ6B | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L2NYHKJAUJ6B |
| 143 | ✕✕✕Jolce Robynan | A2L6N5TTE87BQ9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L6N5TTE87BQ9 |
| 144 | 贵注区沃客电子商务部 | A2NNRQBD3WXH17 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NNRQBD3WXH17 |
| 145 | liutaoaaf | A2NVFH3B8MUH5L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NVFH3B8MUH5L |
| 149 | NMLsupermarket | A2X7ME2BYVZF1M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2X7ME2BYVZF1M |
| 150 | Lairdus | A2XLNCGUNQFNK9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2XLNCGUNQFNK9 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 151 | KJGH | A2ZFK3DTWIYGNM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ZFK3DTWIYGNM |
| 152 | RVGHAB | A2ZGM6HQ8QUYQV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ZGM6HQ8QUYQV |
| 153 | wrewgrhtndfsef | A30GEHMY9OHZZU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A30GEHMY9OHZZU |
| 155 | sirong11 | A3113AKX53KUOW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3113AKX53KUOW |
| 156 | J-U | A326N24QL588D8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A326N24QL588D8 |
| 157 | pioggy | A33Y0IDF3IRL8V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33Y0IDF3IRL8V |
| 158 | pet's products | A36YY3QWDSKGID | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36YY3QWDSKGID |
| 160 | Seven Nuo | A37N113BFXU9MS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37N113BFXU9MS |
| 161 | Amzqn-SHOP | A37UQ7IWD1VAAX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37UQ7IWD1VAAX |
| 162 | xikangbaihuo | A38JPB0AJ4PNAY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38JPB0AJ4PNAY |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 163 | Bhxncs | A38M8WMW3YV4LQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38M8WMW3YV4LQ |
| 165 | chunlandianpu | A3CYHEUEX79MNI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CYHEUEX79MNI |
| 166 | GRUD（Delivery Within 7-21 Days） | A3EPZ2C5QJDVA1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3EPZ2C5QJDVA1 |
| 167 | RICENA | A3G6DQBHRATB97 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G6DQBHRATB97 |
| 168 | JAL Logistics | A3IZZZAEXQT62H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IZZZAEXQT62H |
| 169 | BB EMPIRE | A3JNLGXA9WW885 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JNLGXA9WW885 |
| 170 | VivienAn | A3LNCCFXLF2G1O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3LNCCFXLF2G1O |
| 171 | GQQYBHLS | A3MB900RL5CYLY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MB900RL5CYLY |
| 174 | caamaa | A3OM2QEH0FKEHH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OM2QEH0FKEHH |
| 175 | Hanncx | A3QANNNB4ZG6S6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QANNNB4ZG6S6 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 176 | sunleihao | A3S1JOGHZZJYZB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S1JOGHZZJYZB |
| 178 | Ferkei | A3U1PZW3V8IGBT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3U1PZW3V8IGBT |
| 182 | VIP better life | A97D7FNZ8OJPQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A97D7FNZ8OJPQ |
| 183 | MY STUFF STORE | AAHPOAZQFBHX8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAHPOAZQFBHX8 |
| 184 | Plowerme | AD9TFJ2KS4M4N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AD9TFJ2KS4M4N |
| 185 | Yuanma | AE2SGX8OF1358 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AE2SGX8OF1358 |
| 186 | malin store | AG3E5GE11MPOS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AG3E5GE11MPOS |
| 188 | ALLWIN-LXJ | AM4TP1L0EX3LD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM4TP1L0EX3LD |
| 189 | TPTBON ™ | ANME5BU7YIH5U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANME5BU7YIH5U |
| 190 | LI YU CHI | ANXU6XQIZXUJJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANXU6XQIZXUJJ |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 194 | TEEGUI | AVQKFOQ6JMYP7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVQKFOQ6JMYP7 |
| 195 | Ypfxvk(7-15 DAYS DELIVERY) | AXHCTOX0OYMIJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXHCTOX0OYMIJ |
| 196 | YouWei Li | AXVJTU5XCHMAH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXVJTU5XCHMAH |
| 197 | LSWZS | AYU5DW897VKR0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYU5DW897VKR0 |
| 198 | airmen Store | 15870853 | https://www.dhgate.com/store/15870853 |
| 199 | crazyprice Store | 21439139 | https://www.dhgate.com/store/21439139 |
| 201 | allverci | allverci | https://www.ebay.com/usr/allverci |
| 202 | farahnur_0 | farahnur_0 | https://www.ebay.com/usr/farahnur_0 |
| 203 | jiabaoengineerin0 | jiabaoengineerin0 | https://www.ebay.com/usr/jiabaoengineerin0 |
| 204 | nuwan_estore | nuwan_estore | https://www.ebay.com/usr/nuwan_estore |
| 205 | o_l_d_bazaar | o_l_d_bazaar | https://www.ebay.com/usr/o_l_d_bazaar |
| 206 | xmentsanlen3 | xmentsanlen3 | https://www.ebay.com/usr/xmentsanlen3 |
| 207 | HeFSRi | 97044441306 | https://www.temu.com/m-97044441306.html |
| 208 | Caper Bro. | 101105556 | https://www.walmart.com/reviews/seller/101105556 |
| 210 | lenbest Joy | 101111109 | https://www.walmart.com/reviews/seller/101111109 |
| 212 | Flancle | 101173893 | https://www.walmart.com/reviews/seller/101173893 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 214 | Xiantao Lingchao Technology | 101174139 | https://www.walmart.com/reviews/seller/101174139 |
| 215 | WZJSY | 101174473 | https://www.walmart.com/reviews/seller/101174473 |
| 216 | dongyangshi ailisi paidui fushi youxian gongsi | 101180640 | https://www.walmart.com/reviews/seller/101180640 |
| 217 | DLUNA | 101186407 | https://www.walmart.com/reviews/seller/101186407 |
| 221 | HKH | 101230780 | https://www.walmart.com/reviews/seller/101230780 |
| 223 | jiangxiyilaiwenguanli youxiangongsi | 101259550 | https://www.walmart.com/reviews/seller/101259550 |
| 224 | Sullull | 101269157 | https://www.walmart.com/reviews/seller/101269157 |
| 226 | DIANKANG Co. ltd | 101287417 | https://www.walmart.com/reviews/seller/101287417 |
| 227 | SanZaa | 101294079 | https://www.walmart.com/reviews/seller/101294079 |
| 228 | JYNOFD | 101294721 | https://www.walmart.com/reviews/seller/101294721 |
| 229 | HOME | 101297501 | https://www.walmart.com/reviews/seller/101297501 |
| 230 | JLUO | 5559d67716bbef0e9a65d925 | https://www.wish.com/merchant/5559d67716bbef0e9a65d925 |
| 232 | enitc | 5788d66764c6b673f8d53230 | https://www.wish.com/merchant/5788d66764c6b673f8d53230 |
| 233 | suxiaoyan2000 | 5d7c7f8c09f7744e9312ee8c | https://www.wish.com/merchant/5d7c7f8c09f7744e9312ee8c |
| 234 | cuongeuro | 5db908f69f99cc05375301c8 | https://www.wish.com/merchant/5db908f69f99cc05375301c8 |
| 235 | SHINING BOARDERr | 5e87307629e786721330b7fc | https://www.wish.com/merchant/5e87307629e786721330b7fc |
| 236 | Dream House2020 | 5e9bf8f7a677772adfead446 | https://www.wish.com/merchant/5e9bf8f7a677772adfead446 |
| 237 | tomssan international | 5ece1866ba83b01d69675983 | https://www.wish.com/merchant/5ece1866ba83b01d69675983 |
| 238 | lxlkajsbfajsfigg | 608277e6efac4b43c0eb8d59 | https://www.wish.com/merchant/608277e6efac4b43c0eb8d59 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 239 | Shenzhen Qianbaiyi electronic Technology Co., LTD | Seller1-16214 | https://www.walmart.com/reviews/seller/16214 |
| 240 | Guangzhou Shangcheng clothing Co., LTD | Seller2-16214 | https://www.walmart.com/reviews/seller/16214 |
| 241 | Guangzhou Shangcheng clothing Co., LTD | Seller3-16214 | https://www.walmart.com/reviews/seller/16214 |
| 242 | Shanghai Yanke Network Technology Co., LTD | Seller4-16214 | https://www.walmart.com/reviews/seller/16214 |
| 243 | Shenzhen Zhongxinda Technology development Co., LTD | Seller5-16214 | https://www.walmart.com/reviews/seller/16214 |
| 244 | Shenzhen Zhongxinda Technology development Co., LTD | Seller6-16214 | https://www.walmart.com/reviews/seller/16214 |
| 246 | Shenzhen Wish List network Technology Co., LTD | Seller2-18988 | https://www.walmart.com/reviews/seller/18988 |
| 248 | Shenzhen Wish List network Technology Co., LTD | Seller4-18988 | https://www.walmart.com/reviews/seller/18988 |
| 251 | Chongqing Longyi Di Industrial Co., LTD | Seller7-18988 | https://www.walmart.com/reviews/seller/18988 |
| 252 | Shenzhen how fast good province supply chain management Co., LTD | Seller8-18988 | https://www.walmart.com/reviews/seller/18988 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 254 | Sichuan Runbu top fire e-commerce Co., LTD | Seller1-101087374 | https://www.walmart.com/reviews/seller/101087374 |