IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| ZU, LLC, | |
| Plaintiff, | |
| v. | Case No. 23-cv-05158 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Sara L. Ellis<br>Magistrate Judge Young B. Kim |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff ZU, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants:

| Merchant Name | Defendant No. |
|---|---|
| yuyuan2d | #148 |
| XIN ERTE | #191 |
| PIPETPET DOLVIE | #213 |

("Settling Defendants"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

DATED: November 1, 2023

Respectfully submitted,

Zulay, LLC

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874