IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZU, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>    Defendants. | Case No. 23-cv-05158<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Young B. Kim |

**NOTICE OF SATISFACTION OF JUDGMENT**

Pursuant to Local Rule 58.1(1)(C), Plaintiff Zulay, LLC, through its attorneys, hereby states that Defendant KJGH (151) has satisfied the Judgment [43] entered against it. Plaintiff hereby releases any and all other claims for money damages or equitable accounting that were, or might have been, asserted in this action against Defendant No. 151. The Permanent Injunction [24] remains in force.

Dated: November 2, 2023

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

1